**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0337-23

DARREN A. FULLMAN,

     Plaintiff-Respondent,

v.

NANCY L. LEMMO,

     Defendant-Appellant,

and

NICHOLAS LEMMO,

     Defendant.

_____

Submitted January 7, 2025 – Decided January 13, 2025

Before Judges Firko, Bishop-Thompson and Augostini.

On appeal from the Superior Court of New Jesey, Law Division, Union County, Docket No. L-2103-18.

Chasan Lamparello Mallon & Cappuzzo, PC, attorneys for appellant (John V. Mallon, of counsel and on the briefs; Kirstin Bohn, on the briefs).

Levinson Axelrod, PA, attorneys for respondent (Jessica R. Bland, on the brief).

PER CURIAM

We have been advised that this matter has been amicably resolved and the parties have stipulated to the dismissal of this appeal. In accordance with the parties' stipulation, this appeal is dismissed with prejudice and without costs to any party.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-0337-23